LIMITED
**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: United States of America v. DeJuan Thornton-Bey    Case Number: 1:16-cv-05532

An appearance is hereby filed by the undersigned as attorney for:

DeJuan Thornton-Bey - Limited Appearance

Attorney name (type or print): John J. Hamill

Firm: DLA Piper LLP (US)

Street address: 444 W. Lake Street, Suit 900

City/State/Zip: Chicago, IL, 60606-0089

Bar ID Number: 6217530    Telephone Number: 312-368-7036
(See item 3 in instructions)

Email Address: John.Hamill@dlapiper.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status
☐ Retained Counsel
☒ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 28, 2018

Attorney signature: S/ John J. Hamill
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015


American LegalNet, Inc.
www.FormsWorkFlow.com