## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>DeJuan Thornton-Bey,<br><br>        Defendant. | Hon. Joan H. Lefkow<br><br>Case No. 16-cv-05532 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, July 11, at 9:00 a.m. we shall appear before the Honorable Joan Humphrey Lefkow, Courtroom 2201 in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant's Unopposed Motion for an Extension to File His Reply Brief**, a copy of which is attached hereto.

Dated: June 26, 2018                           **Respectfully submitted,**

                                                                     INTELIQUENT, INC.

                                                                       By:   */s/ Joseph M. Carey*

                                                                        John J. Hamill
                                                                       john.hamill@dlapiper.com
                                                                       Joseph M. Carey
                                                                       joe.carey@dlapiper.com
                                                                       **DLA PIPER LLP (US)**
                                                                       444 West Lake Street, Suite 900
                                                                       Chicago, Illinois 60606
                                                                       Tel: 312.368.7036/2113
                                                                       Fax: 312.251.5809/312.630.7313

## Certificate of Service

      I hereby certify that on June 26, 2018, I electronically filed **Defendant's Unopposed Motion for an Extension to File His Reply Brief** using the ECF System for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois. Notice of this filing will be sent by operations of the Court's electronic filing system to all counsel of record registered on the ECF system.

                                                                                            /s/ *Joseph M. Carey*
                                                                                               Joseph M. Carey