## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

United States of America

                                  Plaintiff,

v.                                                     Case No.: 1:16−cv−05532
                                                         Honorable Joan H. Lefkow

DeJuan Thornton−Bey

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, July 2, 2018:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendant's unopposed motion for extension of time to file reply brief [65] is granted. Motion is stricken from the Court's call. The time for Defendant to file a reply to the Government#039;s response to motion for relief under 28 U.S.C. § 2255 [43] is extended to 7/17/2018. Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.